# EXHIBIT B

# LETTER FROM ATTY WILLIAM ASHE (ATTORNEY FOR DEFENDANT CAMDEN COUNTY GEORGIA ATTORNEY JOHN S. MYERS)

CIVIL ACTION: MS. JM THOMAS v. WILLIAM R. ASHE, ATTY (EXHIBITS A-E)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MS. JOHNNIE MARENE THOMAS, PRO-SE )
Plaintiff, )
)
v. ) No. CV222-147
)
JOHN S. MYERS )
In An Individual Capacity, )
Defendant. )

## MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY UNDER LR 6.1

Motion is hereby made for a Clerk's Order extending time within which defendant John S. Myers may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on December 30, 2022; and

3. Time to Answer, Move or otherwise Reply expires on or about January 20, 2023.

Movant seeks additional time to make responsive pleading due to exigency of obtaining undersigned counsel.

This the 19th day of January, 2023.

Respectfully submitted,

William R. Ashe
Attorney for Defendant
Georgia Bar No. 000490

Law Offices of William R. Ashe
P.O.Box 607
Woodbine, Georgia 31569
912.882.9544
Ashelaw@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MS. JOHNNIE MARENE THOMAS, PRO-SE )
Plaintiff, )
)
v. ) No. CV222-147
)
JOHN S. MYERS )
In An Individual Capacity, )
Defendant. )

## CERTIFICATE OF FILING AND/OR SERVICE

COMES NOW, the Defendant in the above-styled matter and files this Certificate as follows:

    __X__    Defendant, John S. Myers, Motion for Extension of Time to Answer, Move, or Otherwise Reply under LR 6.1

was filed with the Clerk of this court on the __19th__ day of January, 2023, and a copy of said Notice was served upon opposing party by via United States Postal Service to the following:

> Ms. Johnnie Marene Thomas, Pro-Se
> 1601 Georgia Highway 40-E, Ste M-235
> Kingsland, Georgia 31548

So certified this __19th__ day of January, 2023.

                              /s/ William R. Ashe
                              William R. Ashe
                              Attorney for Defendant
                              Georgia Bar No. 000490

Law Offices of William R. Ashe
Post Office Box 607
Woodbine, Georgia 31569
912.882.9544
wra@ashelawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MS. JOHNNIE MARENE THOMAS, PRO-SE )
Plaintiff, )
 )
v. )
 ) No. CV222-147
JOHN S. MYERS )
In An Individual Capacity, )
Defendant. )

### ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to February 1, 2023.

_____
Judge, United States District Court
Southern District of Georgia
Brunswick Division

ORDER DATED: _____

John E. Triplett, Clerk

By:_____