# EXHIBIT E

# THE LAW OFFICES OF WILLIAM R. ASHE – ATTORNEY BIOGRAPHY

CIVIL ACTION: MS. JM THOMAS v. WILLIAM R. ASHE, ATTY (EXHIBITS A-E)

# The Law Offices of WILLIAM R. ASHE

Office (912) 882-9544

## Firm Sitemap

- Law Firm History
- Attorney Biography
- Practice Areas
- Free Consultation
- Contact Us
- Home Page

The Law Offices of William R. Ashe
416 Bedell Avenue
Post Office Box 607
Woodbine, Georgia 31569
Office (912) 882-9544
Fax (912) 882-9454

## Attorney Biography



**William R. Ashe** has been a member of the State Bar of Georgia Since 1988. He received his B.A. degree from West Georgia College in 1983 and later graduated from John Marshall Law School. Prior to practicing law, Mr. Ashe was employed in the field psychology where he counseled adolescent and adult patients.

He began his legal career in Walton County, Georgia in 1988 practicing in the areas of criminal, personal injury and family law. He attained leadership positions in the Alcovy Judicial Circuit, serving as President of the Walton County Bar Association, Vice-President of the Alcovy Bar Association, Vice-President of the Camden Bar Association and Chairman of The Tri-Partite Committee.

He has served on several boards, including Chairman of "The Alcove," a children' shelter, and the Woodbine Downtown Development Authority.

Mr. Ashe has tried numerous cases in front of juries and many hundreds of non-jury matters with great success. He served as Chief Municipal Court Judge for the City of Monroe, Georgia from 1999 until late 2004 and presided over several thousand code enforcement, traffic and misdemeanor related matters.

In January 2005, Mr. Ashe relocated his home and office to Coastal Georgia. Mr. Ashe purchased and renovated the "Old Post Office Building" in Woodbine, Georgia where he practices today in the areas of:

- Family Law, where he handles Divorce, Custody And Support Matters;
- Criminal Law, Including Traffic, Dui, Felony and Misdemeanor Cases;
- Personal Injury, including vehicular collisions and catastrophic injuries;
- General Litigation, including Property Disputes, Contract Disputes;
- Juvenile Court matters;
- Probate, including Wills, Estates, Guardianships and Administrations.

When a person needs a lawyer, oftentimes this comes during a crisis. Our office is a multi-faceted office and we handle each client as if they are our only client. Working as a clinical counselor gave Mr. Ashe the insight to effectively guide the client through perhaps the worst time in that person's life. One of the most satisfying times are when a prospective client says "I can't believe you talked to me on the phone, no other lawyer would talk to me." Our interest is in the complete satisfaction of the client and to strive to place them in a better situation.

**Admissions:**
All of the Superior, State, Magistrate, Juvenile and Probate Courts in the State of Georgia; the United States District Courts and Bankruptcy Courts for the Northern, Middle and Southern Districts of Georgia; the Georgia Court of Appeals; the Georgia Supreme Court.

Representing Clients in Personal Injury, Civil, Criminal and Traffic Related Matters Locally & Georgia Statewide

Web Design & Search Engine Optimization By Attorneys Design Studio
Copyright © 2013-2014 The Law Offices of William R. Ashe. All Rights Reserved.