AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNIE MARENE THOMAS,

Plaintiff,

v.

WILLIAM R. ASHE, in an individual capacity,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-023

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 3, 2023, Defendant's Motion to Dismiss is granted.

Therefore, Plaintiff's complaint is dismissed with prejudice and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 4, 2-23

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020