# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

MS. JOHNNIE MARENE THOMAS,)
                        )
     Plaintiff/Appellant,    )
                        )        2:23cv023
v.                    )
                        )
WILLIAM R. ASHE,       )
                        )
     Defendant/Appellee.    )

## ORDER

The Judgment of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __9__ day of April, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA